IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 11-cv-00304-MSK- BNB | Date: March 7, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| HELEN GRANATO, | Jerome Reinan |
| | Jordana Gingrass |
| Plaintiff(s), | |
| v. | |
| CITY AND COUNTY OF DENVER, | Stuart Shapiro |
| ILYA KHAZANOV, | Paul Faraci |
| JOEL SIMONSON, and | Paul Faraci |
| DENVER HEALTH AND HOSPITAL AUTHORITY, | Paul Farci |
| Defendant(s). | |

### COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:    9:01 a.m.

Appearance of counsel.

Court's opening remarks.

Pending before the court is

Argument presented.

**ORDERED:    Defendants Khazanov and Simonson's motion to stay discovery [Doc. # 11; filed 2/22/11] is granted in part and denied in part for reasons stated on the record.**

Court in Recess:    9:33 a.m.    Hearing concluded.    Total time in Court: 00:032

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.