IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-0-304-MSK-BNB

HELEN GRANATO,

Plaintiff,

v.

CITY AND COUNTY OF DENVER,
DENVER HEALTH AND HOSPITAL AUTHORITY,
ILYA KHAZANOV, and
JOEL SIMONSON,

Defendants.
_____

**ORDER**
_____

This matter arises on **Defendants Khazanov and Simonson's Motion to Stay Discovery** [Doc. # 11, filed 2/22/2011] (the "Motion to Stay").  I held a hearing on the Motion to Stay this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion to Stay [Doc. # 11] is GRANTED IN PART and DENIED IN PART, as follows:

• GRANTED as to the individual defendants Khazanov and Simonson, except insofar as they have evidence as witnesses to the events at issue; and

• DENIED in all other respects.

Dated March 7, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge